# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED MARCH 26, 2015

---

### NO. 03-12-00772-CV

---

**Gulf Chemical & Metallurgical Corporation, Appellant**

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and
Ken Paxton, Attorney General of the State of Texas, Appellees**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on October 16, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.